**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 12, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00207-CV

---

**LANDRY'S, INC. AND HOUSTON AQUARIUM, INC., Appellants**

**V.**

**ANIMAL LEGAL DEFENSE FUND, CARNEY ANNE NASSER, AND CHERYL CONLEY, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-79698**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 22, 2017. On September 30, 2021, the parties filed an agreed motion to set aside the trial court's judgment, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App.

P. 42.1(a)(2)(B). The motion is granted.

The appeal is dismissed, the trial court's judgment is set aside without regard to the merits, and the case is remanded to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.